IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SIERRA INTERNATIONAL MACHINERY, INC., | } } } |
| Plaintiff, | } CIVIL ACTION NO. |
| | } 04-AR-3402-S |
| v. | } |
| | } |
| BANCPARTNERS LEASING, INC., et al., | } } |
| | } |
| Defendants. | } |

## **MEMORANDUM OPINION AND ORDER**

The court has for consideration two motions, namely, the motion of defendant, BancPartners Leasing, Inc. ("BancPartners"), to compel the attendance of plaintiff, Sierra International Machinery, Inc. ("Sierra International"), for a Rule 30(b)(6) deposition in Birmingham, Alabama, together with production of documents; and the motion of Sierra International for a protective order.  Both motions are due to be granted in part and denied in part.  Accordingly, Sierra International shall produce a Rule 30(b)(6) witness in California for telephone deposition and arrange for a court reporter after having furnished to BancPartners all of the documents requested by it.  Unless all parties **by 4:30 p.m., June 10, 2005,** agree upon a time for the telephone deposition and notify the court of their agreement, the court will designate a time for the deposition.  Except to the extent relief has been granted by this order, the two pending motions are DENIED.

DONE this 7th day of June, 2005.

                                                       _____
                                                       WILLIAM M. ACKER, JR.
                                                       UNITED STATES DISTRICT JUDGE